UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
         v.                       )   CRIMINAL NO. 03CR10390-DPW
                                  )   VIOLATIONS:
JAMES PEEBLES                     )   18 U.S.C. § 922(a)(1)(A)--
                                  )     Engaging in the Business
                                  )     Of Dealing in Firearms
                                  )     Without a License
                                  )

INDICTMENT

COUNT ONE:     (18 U.S.C. § 922(a)(1)(A)-- Engaging in the
               Business of Dealing in Firearms Without a
               License)

The Grand Jury charges that:

Between on or about October 30, 1999, and on or about January 6, 2001, in Boston and elsewhere in the District of Massachusetts, and elsewhere,

JAMES PEEBLES,

defendant herein, not being a licensed importer, manufacturer or dealer under the provisions of Chapter 44 of Title 18, United States Code, did willfully engage in the business of dealing in firearms, including the following:

   four Jennings 9mm semi-automatic pistols, bearing serial
   numbers 1398406, 1398410; 1419903, and 1419904;

   three Jennings .380 caliber semi-automatic pistols,
   bearing serial numbers 967666, 895028, and 1422073;

   three Hi Point 9mm semi-automatic pistols, bearing serial
   numbers P060651; P060652; and P060653;

   four Sturm-Ruger 9mm semi-automatic pistols, bearing serial

numbers 31367095, 31381611, 31402962, and 314029673;

two Sturm-Ruger .45 caliber semi-automatic pistols, bearing serial numbers 66300328 and 66216577; and

one Sturm-Ruger .40 caliber semi-automatic pistol, bearing serial number 34009430; and

one Lorcin .380 caliber semi-automatic pistol, bearing serial number 530257.

All in violation of Title 18, United States Code, Section 922(a)(1)(A).

**A TRUE BILL**

_____
Foreperson of the Grand Jury

_____
Marianne Hinkle
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS:   December 17, 2003 @ 3:52 PM

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

%JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**  Category No. _____  Investigating Agency  ATF

City  BOSTON

Related Case Information:

County  SUFFOLK

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  James Peebles                    Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address  _____

Birth date: **/**73   SS#: ***-**-6323   Sex: M   Race: _____   Nationality: _____

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Marianne C. Hinkle                    Bar Number if applicable  235410

Interpreter:  ☐ Yes  ☒ No      List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☒ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12/17/03        Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   James Peebles

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 922(a)(1)(A) | Dealing in Firearms Without a License | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: _____

JS45.james.peebles2.wpd - 3/13/02

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JAMES PEEBLES

**WARRANT FOR ARREST**

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ James Peebles _____
                               Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
engaging in the business of dealing in firearms without a license

in violation of
Title _____ 18 _____ United States Code, Section(s) 922(a)(1)(A)

Name of Issuing Officer

Title of Issuing Officer

Signature of Issuing Officer

Date and Location

Bail fixed at $ _____ by _____
                             Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: James Peebles

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: 12/9/73

SOCIAL SECURITY NUMBER: 6323

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: Alcohol, Tobacco, Firearm & Explosives
10 Causeway Street, Tip O'Neil Building
Boston, MA  02114