UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 02-03-10390-DPW

UNITED STATES OF AMERICA

V.

JAMES PEEBLES

### DEFENDANT'S MOTION TO EXTEND CURFEW

Now comes the defendant and moves this Honorable Court to extend the defendant's curfew from 7:00 p.m. to 9:00 p.m. on Tuesday, Thursday and Friday evenings.

The defendant owns his own business and works part-time for NTB in Avon. His part-time hours at NTB include all day on Saturdays as well as evenings until 8:30 p.m. on Tuesdays, Thursdays and Fridays.

I have spoken to Chris Wylie and he has informed me that changing the curfew will not cause a problem with respect to electronic monitoring.

The government assents to this motion.

Respectfully Submitted,

JAMES PEEBLES,
By his Attorney:

J. THOMAS KERNER
Attorney at Law
230 Commercial Street
First Floor
Boston, MA  02109
(617) 720-5509

## CERTIFICATE OF SERVICE

Now comes J. Thomas Kerner and certifies that a copy of the attached document has been mailed or delivered to:

Mr. Donald Cabell
Assistant United States Attorney
1 Courthouse Way
Suite 9200
Boston, MA  02210
(617) 748-3105

*[signature]*
J. THOMAS KERNER
Attorney at Law
240 Commercial Street
Boston, MA  02109
(617) 720-5509

Date: 12/22/03