AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF __MA__

filed in Open Court
12-19-03
11:10 AM

**APPEARANCE**

Case Number: 03 | 10390 JFW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   James Peebles

12/19/03
_____
Date

_Thomas Ker____
Signature

J. THOMAS KERNER
Print Name

230 Commercial St
Address

Boston  MA  02109
City     State   Zip Code

617 720 5509
Phone Number