AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JAMES PEEBLES

**WARRANT FOR ARREST**

CASE NUMBER: 03-10390-DPW

2004 JAN -5 A 9:42
U.S. DISTRICT COURT
DISTRICT OF MASS.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___James Peebles___
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
engaging in the business of dealing in firearms without a license

in violation of Title _____ United States Code, Section(s) 922(a)(1)(A)

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer: Operations Supervisor

Date and Location: 12-17-03 Boston, MA

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| WARRANT EXECUTED BY ATF |||
| BY ARREST/ARRAIGNMENT OF THE |||
| DATE RECEIVED | NAME ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____James Peebles_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____12/9/73_____

SOCIAL SECURITY NUMBER: ___6323_____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: ___Alcohol, Tobacco, Firearm & Explosives___

_____10 Causeway Street, Tip O'Neil Building_____

_____Boston, MA 02114_____