UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 03-10390-DPW

UNITED STATES OF AMERICA

V.

JAMES PEEBLES

DEFENDANT'S MOTION TO CONTINUE INITIAL STATUS CONFERENCE AND
TO ENTER AND ORDER OF VOLUNTARY DETENTION

Now comes the defendant and moves this Honorable Court to enter two order.

First, the defendant requests that the Court continue the initial status conference from January 28, 2004, to February 5, 9, 10 (p.m only), 12 (p.m. only) or 13, 2004. In support of this request, the defendant's attorney contends that he mistakenly recorded the date of the initial status conference as January 27, 2004 at 2:30 p.m. Counsel has a conflict on January 28, 2004. Further, the defendant received the government's Rule 16 discovery on January 26, 2004 and has not been able to review all of the material. The above dates are mutually agreeable to the parties. The time from January 28, 2004 to the date of the initial status conference should be excluded from speedy trial calculations.

Second, the defendant request that the Court enter and order of voluntary detention. The United States Marshal may file a detainer at the Norfolk County Correctional Facility in Dedham, Massachusetts. On January 5, 2004, the defendant was

sentenced to 1 year in the Norfolk County House of Correction in Norfolk County Indictment 03/0253. He has been confined to the Norfolk County Correctional Facility since January 5, 2004. On that date his attorney notified both Pretrial Services and the United States Attorney.

The United States assents to both requests.

                                                Respectfully Submitted,

                                                JAMES PEEBLES,
                                                By his Attorney:

                                                */s/ Thomas Kerner*
                                                J. THOMAS KERNER
                                                Attorney at Law
                                                230 Commercial Street
                                                First Floor
                                                Boston, MA  02109
                                                (617) 720-5509

## CERTIFICATE OF SERVICE

Now comes J. Thomas Kerner and certifies that a copy of the attached document has been mailed or delivered to:

Mr. Donald Cabell
Assistant United States Attorney
1 Courthouse Way
Suite 9200
Boston, MA  02210
(617) 748-3105

*/s/ Thomas Ker——*
J. THOMAS KERNER
Attorney at Law
240 Commercial Street
Boston, MA  02109
(617) 720-5509

Date: 1-27-04



# J. Thomas Kerner, Attorney at Law

230 Commercial Street, 1st Floor • Boston, MA 02109 • (617) 720-5509 • Fax: (617) 720-0707

# FAX

TO: Rex Brown
FAX NO: 617 748 9096
FROM: J. Thomas Kerner
DATE: January 27, 2004

RE: James Peebles 03-10390-DPW

**3 Pages including Cover Sheet**

Message:

Dear Mr. Brown:

    I have faxed to you a copy of an assented to motion concerning the initial status conference and detention.

    I have mailed an original.

    Thank you.

Very Truly Yours,

J. Thomas Kerner