UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10390-DPW

UNITED STATES OF AMERICA

v.

JAMES PEEBLES

FINAL STATUS REPORT

April 13, 2004

COHEN, M.J.

A Final Status Conference was held before this court on April 13, 2004, pursuant to the provisions of Local Rule 116.5(A). As a Final Status Report, this court enters the following report: and/orders, to wit:

1. All discovery is complete, and no pretrial motions are pending;

2. There will be a trial in this case. The parties estimate that the trial will last no more than five trial days;

3. Based upon prior orders of this Court, this court finds and concludes that only fourteen (14) days have elapsed on the Speedy Trial clock;

4. The file is hereby ordered returned to the district judge to whom this case is assigned for further proceedings.

_____
UNITED STATES MAGISTRATE JUDGE