UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA            )
                                    )
            v.                      )
                                    )
JAMES PEEBLES                       )        CR. NO. 03-10390-DPW
                                    )

### PARTIES' JOINT STATUS REPORT

In accordance with the Court's Order, the parties hereby submit this joint status report addressing the following issues:

1.    Proposed Trial Dates

The parties propose that the Court schedule the trial for June 14, 21 or 28, 2004, or as soon thereafter as is practicable.

2.    Pending or Contemplated Motions

The parties are presently reviewing a tape recording of a conversation involving the defendant in an effort to jointly agree which portion(s) of the conversation will be admissible or played to the jury.

3.    Whether a Plea is Anticipated

The parties presently anticipate that the case will be resolved by way of trial.

4.    Whether an Interpreter is Necessary

No interpreter is necessary for the trial.

5-6.  Defendant's Status

The defendant is presently serving a House of Corrections sentence at the Norfolk County Correctional Center in Dedham, Massachusetts, and thus is not a fugitive.

7.    Any Other Matters to be Addressed

The defendant contends that one of the government's anticipated witnesses will necessarily incriminate himself if called to testify, and intends to request that the Court advise the witness of his right against self-incrimination.

JAMES PEEBLES
By His Attorney

_J. Thomas Kerner (DLC)_
J. THOMAS KERNER, ESQ.
230 Commercial Street
First Floor
Boston, MA 02109
(617) 720-5509

MICHAEL J. SULLIVAN
United States Attorney

By: _DL Cabell_
DONALD L. CABELL
Assistant U.S. Attorney
U.S. Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
(617) 748-3105

May 4, 2004