UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    v.                                    CRIMINAL NO.
                                       03-10390-DPW
JAMES PEEBLES

**ORDER FOR REASSIGNMENT**

WOODLOCK, District Judge

    A status conference was held this date, at which time the defendant made a compelling showing of prejudice in the event this case is not tried in June, 2004. This Court is unable to set a June trial date because of the ongoing 11 defendant criminal trial in <u>United States v. Alan MacKenzie, et al</u>, 01cr10350-DPW, which is expected to continue for another 5 months.

    Accordingly, it is hereby ORDERED that the above captioned matter shall be randomly REASSIGNED forthwith, to another District Judge, for trial in June 2004.

                                            BY THE COURT,

                                          <u>/s/ Rebecca Greenberg</u>

                                            Deputy Clerk

DATED: May 10, 2004