UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action
No:03-10390-WGY

**UNITED STATES**
**Plaintiff**

v.

**JAMES PEEBLES**
**Defendant**

NOTICE OF SCHEDULING CONFERENCE

YOUNG, C.J.

TAKE NOTICE that the above-entitled case has been set for CONFERNCE at 2:00 P.M. , on THUR. MAY 27, 2004 in Courtroom No. 18, 5TH floor. ATTENDANCE BY COUNSEL IS MANDATORY.

By the Court,

/s/ Elizabeth Smith

_____

**Deputy Clerk**

**May 20, 2004**

**To: All Counsel**