UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 03-10390-DPW

UNITED STATES OF AMERICA

V.

JAMES PEEBLES

**DEFENDANT'S MOTION TO ENLARGE TIME TO COMPLY WITH ORDER NUMBER 4 IN THE COURT'S MAY 27, 2004 PRETRIAL ORDER**

Now comes the defendant and moves this Honorable Court to enter an order enlarging to June 9, 2004 the date by which the defendant may comply with order 4 in the Courts May 27, 2004 Pretrial Order. In support of this request, the defendant contends that he did not receive the material the government was required to supply pursuant to Order 3 until June 3, 2004. The defendant and his attorney have not been able to review that material together to determine whether the defendant intends to call any witness(es).

Respectfully Submitted,

JAMES PEEBLES,
By his Attorney:

_____
J. THOMAS KERNER
Attorney at Law
230 Commercial Street
First Floor
Boston, MA  02109
(617) 720-5509