```
                 UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 03-10390-WGY |
| JAMES PEEBLES | ) ) | |

## GOVERNMENT'S PROPOSED VOIR DIRE

The United States of America submits this Request for Jury Voir Dire. The government respectfully requests that the Court, in addition to its normal practice, ask the prospective jurors the following questions:

1. The United States of America is one of the litigants in this trial. You will hear the United States referred to throughout the trial as "the government." Have you, or any member of your immediate family, or anyone with whom you are close:

    (a) ever been employed by the federal government in any capacity?

    (b) ever filed a lawsuit or claim of any kind against any police or other law enforcement officer?

    (c) ever had any involvement, of any sort, with the Boston Police?

2. Have you, any member of your immediate family, or any close friend ever been involved in a criminal proceeding?

3. Have you, any member of your immediate family, or any close friend ever filed a claim or lawsuit against the United States or any of its agencies, or answered a claim or lawsuit

filed by the federal government?

4.  Are you aware of any beliefs or feelings that you may have regarding the government that would in any way interfere with your ability to evaluate and judge fairly and impartially the facts of this case?

5.  Some of the witnesses expected to be called by the United States at trial are police officers and analysts and/or technicians from the Boston Police Department.  These witnesses may be called to testify as both "fact" witnesses and as "expert" witnesses.  As experts, they will be called to give their expert opinion as to certain matters in this case calling for specialized knowledge and skill.  Are you aware of any beliefs or feelings that you may have regarding such witnesses that would in any way interfere with your ability to evaluate and judge fairly and impartially their testimony or the facts of this case?

6.  Have you, any member of your immediate family, or any close friend ever been the victim of a crime involving firearms?

7.  Do you have any beliefs or views about firearms in general that would interfere with your ability to apply those laws as I explain them to you?

8.  In this trial, the government intends to introduce into evidence testimony from one or more cooperating witnesses.  Do you have any beliefs or views about such witnesses that would interfere with your ability to act fairly and impartially as a

juror in this case?

9.  Are you aware of any personal convictions that would prevent you from returning a verdict of Guilty or Not Guilty against another person on account of that person's race, ethnicity or background?

10. Are you aware of any other beliefs or feelings that would prevent you from completely and honestly applying the law, as I give it to you at the end of the case, to the facts as you find them?

>  Respectfully submitted,
>
>  MICHAEL J. SULLIVAN
>  United States Attorney
>
>  By:  /s/Donald L. Cabell
>       DONALD L. CABELL
>       Assistant U.S. Attorney