UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS**

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his

deputies, and to:   WARDEN: NORFOLK COUNTY HOUSE OF CORRECTION
                                         DEDHAM

YOU ARE COMMANDED to have the body of   JAMES PEEBLES   now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse 1 Courthouse Way, Boston, MA, Courtroom No. 18 , on the 5TH floor, Boston, Massachusetts on   MON. JUNE 21, 2004, at 9:00  AM.

for the purpose of  TRIAL

in the case of      UNITED STATES OF AMERICA V.  JAMES PEEBLES

CR Number  03-10390-WGY

And you are to retain the body of said JAMES PEEBLES  while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said  JAMES PEEBLES  to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this  16 day  JUNE  of, 2004  .

/s/ William G. Young
_____
UNITED STATES DISTRICT JUDGE

                                                                              TONY ANASTAS, CLERK

                                                                              /s/ Elizabeth Smith
                                                                           By:_____
                                                  SEAL                         Deputy Clerk

(Habcorp.wrt - 10/96)                                                                    [kwhcap.] or
                                                                                                    [kwhcat.]