UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| JAMES PEEBLES ) | CR. NO. 03-10390-WGY |
| ) | |

**GOVERNMENT'S ASSENTED-TO MOTION TO EXCLUDE TIME**

On June 21, 2004, the defendant pled guilty to the one count Indictment in this case, preserving the resolution of certain factual issues until the sentencing hearing, presently scheduled for September 28, 2004. The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant U.S. Attorney Donald L. Cabell, now hereby moves with the defendant's assent that the Court exclude for purposes of the Speedy Trial the time between June 11 and September 28, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

/S/Donald L. Cabell
DONALD L. CABELL
Assistant U.S. Attorney
(617)748-3105