UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 03-10390-DPW

UNITED STATES OF AMERICA

V.

JAMES PEEBLES

**DEFENDANT'S MOTION TO EXTEND CURFEW**

Now comes the defendant and moves this Honorable Court to extend the defendant's curfew from 7:00 p.m. to 9:00 p.m. on all evenings.  Currently, the defendant's curfew is 9:00 p.m. on Tuesday, Thursday and Friday evenings and 7:00 p.m. on all other evenings.

The defendant will be sentenced on November 30, 2004.  His sentence will be at least eighteen months.  In order to make as much money as possible to continue to provide for his four children, Mr. Peebles has sought and been offered employment which will require him to work until 9:00 p.m. every evening, not just Tuesday, Thursday and Friday evenings.

Previously defense counsel had a discussion with the government's attorney regarding this motion and recalls that the government's attorney indicated that he would assent to this motion.  Since drafting this motion on October 14, 2004, defense counsel has called the government's attorney to confirm his assent.  Defense counsel and the government's attorney have

missed each other's recent calls.

**Respectfully Submitted,**

**JAMES PEEBLES,**
**By his Attorney:**

**_____**
**J. THOMAS KERNER**
**Attorney at Law**
**230 Commercial Street**
**First Floor**
**Boston, MA  02109**
**(617) 720-5509**