AO 245B  (Rev. 08/04) Criminal Judgment
           Supplemental Statement of Reasons

DEFENDANT: JAMES M. PEEBLES
CASE NUMBER: 1:  03  CR  10390   - 001  -  WGY
DISTRICT:

## SUPPLEMENTAL STATEMENT OF REASONS

## APPLICABILITY OF THE FEDERAL SENTENCING GUIDELINES

☐   The court applied the Guidelines and all relevant enhancements in this case.

☑   The court found the Guidelines unconstitutional in part, and imposed a sentence in accordance with the constitutionally applied portions of the Guidelines.

☐   The court did not apply the federal sentencing guidelines at all in this case and imposed a discretionary sentence.

☐   The court took some other action (Please explain below.):

☐   This judgment includes an alternative sentence.