1

```
 1            THE COURT:  Mr. James M. Peebles, in consideration
 2       of the offense of which you stand convicted, the information
 3       from the United States Attorney, your attorney, the
 4       probation officer and yourself, this Court sentences you to
 5       two years in the custody of the United States Attorney
 6       General.  The Court imposes on you a fine of $3,000.  The
 7       Court places you on supervised release for a period of three
 8       years after your period of confinement.  The Court imposes a
 9       special assessment of $100.
10            The special conditions of your supervised release
11       are that you are prohibited from possessing a firearm or
12       other dangerous weapon.  You are to pay the balance of the
13       fine according to a Court ordered repayment schedule.
14       You're prohibited from incurring new credit charges or
15       opening additional lines of credit.  You're to provide the
16       probation officer access to any requested financial
17       information and the financial information so provided may be
18       shared by the probation office with the Financial Litigation
19       Unit of the United States Attorney's office.
20            Let me -- further, the Court recommends to the
21       Bureau of Prisons that the last six months of your sentence
22       be served in community confinement.
23            The Court also requires that you provide DNA
24       samples, or you're required to cooperate in the collection
25       of DNA as directed by the probation officer.
```

2

```
1              Let me explain the sentence.  This isn't just a bad
2     choice.  This is dealing illegally in firearms.  Now,
3     illegal firearms in our communities are about the most
4     dangerous commodity that's out there.  You knew exactly what
5     you were doing and you were knowingly and intelligently
6     dealing in firearms.
7              The sentence that I've imposed upon you reflects
8     the severity of your conduct.  At the same time, Mr. Kerner
9     has properly argued on your behalf that in some respects you
10    have tried to be a stand-up guy both for your family and you
11    obviously have the skill to work in business.  It's for
12    those reasons that the Court makes this strong
13    recommendation that the last six months be served in
14    community confinement so you can reestablish yourself in the
15    business world.
16             But make no mistake.  This is severe misconduct,
17    criminal misconduct, warranting the most severe sentence
18    that the Court constitutionally can impose upon you.
19             Do you object to self-reporting, Mr. Cabell?
20             MR. CABELL:  I do not, your Honor.
21             THE COURT:  Do you want self-reporting, Mr. Kerner?
22             MR. KERNER:  We were discussing that.  One second
23    please, your Honor.
24             (Whereupon Mr. Peebles and Mr. Kerner conferred.)
25             MR. KERNER:  Yes, please, your Honor.
```

3

1          THE COURT:  Then the same conditions of bail will
2     obtain and Mr. Peebles may self-report --
3          (Whereupon the Court and the Clerk conferred.)
4          THE COURT:  -- January 11th, 2005 to the place of
5     confinement.  That's the sentence of the Court.
6          You are informed, Mr. Peebles, that you have the
7     right to appeal from any findings or rulings this Court has
8     made against you.  Should you appeal and should your appeal
9     be successful in whole or in part, you are informed that
10    this case will resentenced by another judge.
11         You are entitled to have credit toward the sentence
12    just imposed from December 19th, 2003 through January 5,
13    2004.
14         THE PROBATION OFFICER:  Excuse me, your Honor, I
15    believe he was on release during that time.
16         THE COURT:  Oh, he was.  It says -- he was released
17    throughout that time.
18         THE PROBATION OFFICER:  Right.
19         THE COURT:  I misspoke.  Thank you.
20         Very well.  That's the sentence of the Court.
21         THE DEFENDANT:  Thank you, your Honor.
22         MR. KERNER:  Thank you, your Honor.
23         MR. CABELL:  Thank you, your Honor.
24         (Whereupon the matter concluded.)
25