UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 03-10390-DPW

UNITED STATES OF AMERICA

V.

JAMES PEEBLES

## MOTION FOR LEAVE TO WITHDRAW

Now comes Attorney Thomas Kerner and seeks leave of the Court to withdraw from representing the defendant. In support of this motion, Attorney Kerner contends that the defendant was never able to pay the full fee he agreed to pay Attorney Kerner for representation up through sentencing in this case. A substantial portion of Attorney Kerner's fee was never paid. Additionally, the defendant recently contacted Attorney Kerner for representation in a prosecution brought against the defendant in the West Roxbury District Court. Attorney Kerner was able to convince the prosecutor to file a *nolle prosequi* of the West Roxbury complaint. The defendant has not paid Attorney Kerner all of the agreed to fee in the West Roxbury case.

Attorney Kerner is seeking leave to withdraw so that he will not have to provide further legal representation to the defendant without being compensated. Attorney Kerner has informed the defendant of his intent to withdraw and reasons why.

**Respectfully Submitted,**

_____
**J. THOMAS KERNER**
**Attorney at Law**
**343 Commercial Street**
**Unit 104**
**Boston, MA  02109**
**(617) 720-5509**