UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **JAMES PEEBLES** | ) | CR. NO. 03-10390-WGY |
| | ) | |

### GOVERNMENT'S ASSENTED-TO MOTION TO CONTINUE PROBATION REVOCATION HEARING

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant U.S. Attorney Donald L. Cabell, hereby moves to continue the probation revocation hearing in this matter, presently scheduled for February 21, 2008, to a date after February 26, 2008.  In support of the motion, the undersigned AUSA will be away from the office during the week of February 18-22, 2008, and has previously scheduled commitments on February 25-26, 2008.  The undersigned has spoken with the defendant's counsel and he assents to the government's motion.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                    By:

                                        /S/Donald L. Cabell
                                        DONALD L. CABELL
                                        Assistant U.S. Attorney
                                        (617)748-3105