UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action
No: **03-10390-WGY**

**UNITED STATES**

v.

**JAMES PEEBLES**
Defendant

# ORDER

**YOUNG, D.J.**

The defendant James Peebles is to pay, by close of business 4/17/08, the sum of $364.67. The payment is to be made payable to The Clerk, U.S. District Court, District of Massachusetts.

By the Court,

/s/ Elizabeth Smith

Deputy Clerk

March 18, 2008

To: All Counsel