Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
## Report on Offender Under Supervision

**Name of Offender:** James Peebles        **Case Number:** 03-10390

**Name of Sentencing Judicial Officer:** Honorable William G. Young, United States District Judge

**Date of Original Sentence:** 11/30/2004
**Date of Revocation Sentence**: 3/17/2008

**Original Offense:** Dealing in Firearms without a License, in violation of 21 U.S.C. § 922(a)(1)(A)

**Original Sentence:** 24 months' incarceration, 36 months' supervised release
**Revocation Sentence**: Continued on same term, ordered to make $364.67 interest payment

**Type of Supervision:** Supervised Release        **Date Supervision Commenced:** 10/2/2006

---

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| I | **Violation of Mandatory Condition of Release**: While on supervised release, the defendant shall not commit another federal, state or local crime. |

On 4/9/2007, the defendant was charged in the West Roxbury District Court with Larceny by Check.  According to the Boston Police Department report dated 3/9/2007, the charge resulted from a scheme by which the defendant, acting as a loan officer, the defendant was accused of accepting mortgage payments for a client and failing to correctly apply those payments to her account.

According to information provided by the defendant's then-attorney, the charge was the result of a somewhat convoluted plan between the defendant and two clients, that involved the transfer of a certain property between the clients, and then the later return of ownership between those same parties.  Also according to the defendant's then-attorney, this entire matter was worked out between the parties and the mortgage company when it was revealed that all parties had received appropriate credit for all payments made.

On 9/6/2007, the case was dismissed.

U.S. Probation Officer Action:

Prob 12A                                    - 2 -                              **Report on Offender**
                                                                               **Under Supervision**

The Probation Office intended to notify the Court of this matter at the 3/17/2008 revocation hearing, but inadvertently failed to do so.   The Probation Office notes that because this case was dismissed, and seemingly did not represent actual new criminal conduct, the notification of this matter at that hearing would not have resulted in a different recommendation by the Probation Office.  As such, the Probation Office regrets this oversight, wishes to notify the Court of this matter now, and requests no further Judicial action in this matter.

The Probation Office also notes for the Court's information that the defendant did comply with the Court's 3/17/2008 order by paying the outstanding interest in the fine in full by the deadline.


Reviewed/Approved by:                                          Respectfully submitted,


_____         By    _____
Joseph LaFratta                                               Michelle K. Roberts
Supervising U.S. Probation Officer                            U.S. Probation Officer
                                                              Date: 5/30/2008



[  ]    Approved
[  ]    Submit a Request for Modifying the Conditions or Term of Supervision
[  ]    Submit a Request for Warrant or Summons
[  ]    Other


                                                              _____
                                                              Signature of Judicial Officer


                                                              _____
                                                              Date