Prob12A
(7/93)

# United States District Court
### for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** James Peebles                                **Case Number:** 03-10390

**Name of Sentencing Judicial Officer:** Honorable William G. Young, United States District Judge

**Date of Original Sentence:** 11/30/2004
**Date of Revocation Sentence**: 3/17/2008

**Original Offense:** Dealing in Firearms without a License, in violation of 21 U.S.C. § 922(a)(1)(A)

**Original Sentence:** 24 months' incarceration, 36 months' supervised release
**Revocation Sentence**: Continued on same term, ordered to make $364.67 interest payment

**Type of Supervision:** Supervised Release              **Date Supervision Commenced:** 10/2/2006

---

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| I | **Violation of Mandatory Condition of Release**: While on supervised release, the defendant shall not commit another federal, state or local crime. |
| | On 6/11/2008, the defendant was arraigned in the West Roxbury District Court for Operating After a Suspended License and for Failing to Register as a Sex Offender. According to the Massachusetts State Police - Milton, on 6/11/2008, the defendant was pulled over for speeding. It was revealed that the defendant's right to operate a motor vehicle was suspended for failing to register as a sex offender. |
| | On 9/12/2008, both charges were dismissed. |

U.S. Probation Officer Action:

On or before 6/2/2008, the Probation Office became aware that the defendant, who had moved in the recent past, had not changed his address with the Sex Offender Registry Board (SORB), making his registration outdated. On 6/2/2008, the Probation Office scheduled an office visit with the defendant on 6/9/2008, and instructed him to update his registry by that date. On 6/9/2008, the office visit was cancelled by the defendant who did not have anyone to work at the wireless store he owns. The visit was rescheduled for 6/11/2008. The defendant made contact with SORB prior to 6/11/2008, and was in the process of updating his registry at the time of his arrest.

Because the defendant was not willfully trying to evade SORB, and followed the directives of this office to update

Prob 12A                                - 2 -                                **Report on Offender Under Supervision**

his registry, and because the criminal charges were ultimately dismissed, the Probation Office respectfully requests no judicial action at this time.

Reviewed/Approved by:                               Respectfully submitted,

 /s/Joseph LaFratta                                 By:   /s/ Michelle K. Roberts
Joseph LaFratta                                     Michelle K. Roberts
Supervising U.S. Probation Officer                  U.S. Probation Officer
                                                    Date: 9/17/2008

[ ]   Approved
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision
[ ]   Submit a Request for Warrant or Summons
[ ]   Other

_____
Signature of Judicial Officer

_____
Date